1  Mark C. Fields, Esq.
   Nevada Bar No. 008453
2  LAW OFFICES OF MARK C. FIELDS, APC
   333 South Grand Avenue, Suite 3400
3  Los Angeles, California 90071
   Telephone: (213) 617-5225
4  Fax: (213) 629-4520
   fields@markfieldslaw.com
5  Attorneys for Defendants TRUFUSION LLC and
   MICHAEL BORDEN
6
   R. Christopher Reade, Esq.
7  Nevada Bar No. 006791
   CORY READE DOWS AND SHAFER
8  1333 North Buffalo Drive, Suite 210
9  Las Vegas, Nevada  89128
   Telephone: (702) 794-4411
10 Fax: (702) 794-4421
   creade@crdslaw.com
11 Attorneys for Defendant TRUFUSION SOHO LLC

12
                    **UNITED STATES DISTRICT COURT**
13
                        **DISTRICT OF NEVADA**
14

15 24 HOUR FITNESS USA, INC., a California      ) Case No.:  2:20-cv-0418-KJD-EJY
   Corporation,                                 )
16                                              ) Assigned to The Hon. Kent Dawson
                        Plaintiff,              )
17                                              ) **STIPULATION TO EXTEND TIME FOR**
          v.                                    ) **DEFENDANTS TO FILE RESPONSIVE**
18                                              ) **PLEADING**
   TRUFUSION SOHO, LLC, a Nevada Limited        )
19 Liability Company; TRUFUSION LLC, a Nevada   )
   Limited Liability Company; MICHAEL BORDEN    )
20 an individual,                               )
                                                )
21                     Defendants.              )
                                                )
22

23        **COME NOW** Defendants TruFusion Soho, LLC, TruFusion LLC and Michael Borden, by and

24 through their respective counsel of record, on the one hand; and Plaintiff 24 Hour Fitness USA, Inc.,

25 by and through its respective counsel of record, on the other hand (all of the foregoing collectively

26 being referred to as  "the Parties") and hereby stipulate that Defendants TruFusion Soho, LLC,

27 TruFusion LLC and Michael Borden have previously been given an extension of time to file their

28 responsive pleading in this matter.  The parties stipulate and request that the time for Defendants

                                      -1-

1 TruFusion Soho, LLC, TruFusion LLC and Michael Borden to file their responsive pleading shall be

2 further extended until Friday, April 24th, 2020.

3

4 **IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 17th day of April, 2020<br><br>    LAW OFFICES OF MARK C. FIELDS, APC<br><br><br>By:_____/s/ Mark C. Fields_____<br>    Mark C. Fields, Esq.<br>    Nevada Bar No. 008453<br>    333 South Hope Street, 35th Floor<br>    Los Angeles, California  90071<br>    (213) 617-5225<br>    Attorney for Defendants<br>    TRUFUSION LLC and MICHAEL BORDEN | Dated this Dated this 17th day of April, 2020.<br><br>    CORY READE DOWS AND SHAFER<br><br><br>By:_____/s/ R. Christopher Reade_____<br>    R. Christopher Reade, Esq.<br>    Nevada Bar No. 006791<br>    1333 North Buffalo Drive, Suite 210<br>    Las Vegas, Nevada 89103<br>    (702) 794-4411<br>    Attorney for Defendant TRUFUSION SOHO, LLC |
| Dated this 17th day of April, 2020<br><br><br>    KENNEDY & COUVILLIER PLLC<br><br>By:_/s/ Maximiliano D. Couvillier_____<br>    Maximiliano D. Couvillier III, Esq.<br>    Nevada Bar No. 7661<br>    3271 E. Warm Springs Rd.<br>    Las Vegas, NV 89120<br>    Tel: (702) 605-3440<br>    Fax: (702) 625-6367<br>    mcouvillier@kclawnv.com<br>    Attorney for Plaintiff 24 HOUR FITNESS USA, INC. | IT IS SO ORDERED.<br><br><br>_____<br>UNITED STATES MAGISTRATE JUDGE<br><br>Dated:  April 20, 2020 |