Mark C. Fields, Esq.
Nevada Bar No. 008453
LAW OFFICES OF MARK C. FIELDS, APC
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 617-5225
Fax: (213) 629-4520
fields@markfieldslaw.com
Attorneys for Defendants TRUFUSION LLC and
MICHAEL BORDEN

R. Christopher Reade, Esq.
Nevada Bar No. 006791
CORY READE DOWS AND SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Fax: (702) 794-4421
creade@crdslaw.com
Attorneys for Defendant TRUFUSION SOHO LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 24 HOUR FITNESS USA, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRUFUSION SOHO, LLC, a Nevada Limited Liability Company; TRUFUSION LLC, a Nevada Limited Liability Company; MICHAEL BORDEN an individual,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-0418-KJD-EJY<br><br>Assigned to The Hon. Kent Dawson<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY BRIEF** |

**COME NOW** Defendants TruFusion Soho, LLC, TruFusion LLC and Michael Borden, by and through their respective counsel of record, on the one hand; and Plaintiff 24 Hour Fitness USA, Inc., by and through its respective counsel of record, on the other hand (all of the foregoing collectively being referred to as "the Parties") and hereby stipulate that the time for Defendants TruFusion Soho, LLC, TruFusion LLC and Michael Borden to file their Reply Brief on the Motion to Dismiss shall be extended and continued from Monday, June 1, 2020 to Monday, June 15th, 2020. This is the Parties'

first request for an extension of time for the Reply Brief in this matter.

**IT IS SO STIPULATED.**

| Dated this 27th day of May, 2020 | Dated this 27th day of May, 2020. |
|---|---|
| LAW OFFICES OF MARK C. FIELDS, APC | CORY READE DOWS AND SHAFER |
| By:  /s/ Mark C. Fields  <br>Mark C. Fields, Esq. <br>Nevada Bar No. 008453 <br>333 South Hope Street, 35th Floor <br>Los Angeles, California  90071 <br>(213) 617-5225 <br>Attorney for Defendants <br>TRUFUSION LLC and MICHAEL BORDEN | By:   /s/ R. Christopher Reade  <br>R. Christopher Reade, Esq. <br>Nevada Bar No. 006791 <br>1333 North Buffalo Drive, Suite 210 <br>Las Vegas, Nevada 89103 <br>(702) 794-4411 <br>Attorney for Defendant TRUFUSION SOHO, LLC |
| Dated this 27th day of May, 2020 <br>KENNEDY & COUVILLIER PLLC <br><br>By: /s/ Maximiliano D. Couvillier  <br>Maximiliano D. Couvillier III, Esq. <br>Nevada Bar No. 7661 <br>3271 E. Warm Springs Rd. <br>Las Vegas, NV 89120 <br>Tel: (702) 605-3440 <br>Fax: (702) 625-6367 <br>mcouvillier@kclawnv.com <br><br>Carl D. Ciochon, Esq. (*Pro Hac Vice*) <br>WENDEL ROSEN LLP <br>1111 Broadway 24th Fl. <br>Oakland, CA 94607 <br>cciochon@wendel.com <br>Attorneys for Plaintiff 24 HOUR FITNESS USA, INC. | |

**IT IS SO ORDERED.**

**DATED:** 6/4/2020

_____
UNITED STATES DISTRICT COURT JUDGE

-2-